FILED ___ ENTERED
___ LODGED ___ RECEIVED

Case 2:11-cv-00579-JLR   Document 14-2   Filed 12/02/11   Page 1 of 1

DEC 23 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURIE LOUISE MAYTASH, ) | CASE NO. C11-0579-JLR |
| Plaintiff, ) | |
| v. ) | ORDER AFFIRMING COMMISSIONER |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, ~~and~~ the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler (and Plaintiff's Objections to the Report and Recommendation (Dkt 15).) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court AFFIRMS the decision of the Commissioner; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 23rd day of December, 2011.

JAMES L. ROBART
United States District Judge